**COMMONWEALTH of Pennsylvania,**
**Respondent**

**v.**

**James O'CONNOR, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 11, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of October, 2012, the Petition for Allowance of Appeal and the Request for Leave of Court are **DENIED.**